C/M

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
United States of America,           :
                                    :
                Plaintiff,           :          **ORDER**
                                    :
        -against-                    :          01-CV-5414 (DLI)(MLO)
                                    :
Advanced Coating Techniques, Inc.,   :
                                    :
                Defendant.           :
------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

    Counsel for DEFENDANT in this matter is hereby ORDERED to file a Notice of Appearance and to register for Electronic Case Filing (ECF) in this case by June 16, 2005. Failure to comply with this order will result in the imposition of sanctions.

DATED:    Brooklyn, New York
               June 2, 2005

                                                   DORA L. IRIZARRY
                                                   United States District Judge